JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

    - v. -                           :

                                     07 Cr.
ALBIR ALKHABBAZ,                    :

        Defendant.       **07 CRIM 1014**

- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 05 2007

INDICTMENT

COUNT ONE

The Grand Jury charges:

From on or about October 19, 2007, up to and including on or about October 24, 2007, in the Southern District of New York and elsewhere, ALBIR ALKHABBAZ, the defendant, having been released on bail in connection with a charge of, and while awaiting surrender for service of a sentence after conviction for, an offense punishable by imprisonment for a term of fifteen years and more, unlawfully, willfully, and knowingly did fail to surrender for service of sentence pursuant to a court order, to wit, ALKHABBAZ failed to surrender for service of a sentence as ordered by United States District Judge Loretta A. Preska on October 19, 2007 in the matter of <u>United States v. Albir Alkhabbaz</u>, S2 04 Cr. 1379 (LAP), or at anytime thereafter until his arrest in Mississippi on or about October 24, 2007.

(Title 18, United States Code, Sections 3146(a)(2)
and (b)(1)(A)(i).)

_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                             United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ALBIR ALKHABBAZ,

Defendant.

**INDICTMENT**

07 Cr.

(18, U.S.C. §§ 3146(a)(2)
and (b)(1)(A)(i).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

11/5/07  Indictment filed. Case assigned to Judge Scheindlin.
SRM
                                                    Francis, J.