U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 13, 2007

By Hand

The Honorable Loretta A. Preska
United States District Judge
500 Pearl Street
New York, New York 10007

Re: Unsealing Orders in *United States v. Albir Alkhabbaz*, 07 Cr. 1014 (LAP)

Dear Judge Preska:

I respectfully request that following search warrants and cellsite orders, which were issued and executed in connection with this matter, be unsealed so that the accompanying affidavits and applications may be produced to the defendant in discovery. For the Court's convenience, the Government has enclosed a copy of these materials. They are:

1. An order dated October 23, 2007, for cellsite information for target number (718) 702-2184;
2. Search Warrant 07 Mag. 1744 dated October 23, 2007;
3. An order dated October 24, 2007, for cellsite information for target number (718) 619-0394; and
4. Search Warrant S2 04 Cr. 1379 (LAP) dated October 25, 2007.

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Joseph P. Facciponti
Assistant United States Attorney
Tel: (212) 637-2533
Fax: (212) 637-2390

SO ORDERED:

_____
HONORABLE LORETTA A. PRESKA
United States District Judge
Southern District of New York