UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
:
UNITED STATES OF AMERICA.,
:
            Plaintiff,
:
v.                               07-Cr-01014 (LAP)

ALBIR ALKHABBAZ,        :

            Defendant.  :

:
------------------------------ x

## NOTICE OF APPEARANCE

PLEAE TAKE NOTICE that Plaintiff Albir Alkhabbaz is represented by JoAnne C. Adlerstein and Sheryl H. Altwerger of Thelen Reid Brown Raysman & Steiner LLP as the counsel of record in the above entitled action.

Please serve all papers, notices and correspondence on: Sheryl H. Altwerger of Thelen Reid Brown Raysman & Steiner LLP, 875 Third Avenue New York, New York 10022, telephone (212) 603-2000, fax (212) 603-2001 email: saltwerger@thelen.com.

Dated: New York, New York                Respectfully submitted,
       November 27, 2007

                                            THELEN REID BROWN
                                            RAYSMAN & STEINER LLP

                                            By: _____
                                                  Sheryl H. Altwerger

1215399