U.S. Department of Justice

United States Attorney
Southern District of New York

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 12/3/07*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 1, 2007

By Fax (212) 805-7941

The Honorable Loretta A. Preska
United States District Judge
500 Pearl Street
New York, New York 10007

Re: *United States v. Albir Alkhabbaz*, 07 Cr. 1014 (LAP)

Dear Judge Preska:

A pretrial conference in this matter is scheduled for Tuesday, December 4, 2007. The Government respectfully requests that the conference be adjourned. The parties are engaged in plea discussions but we do not expect those discussions to be completed by December 4, 2007. Furthermore, that day I will begin a trial before Judge Deborah A. Batts in *United States v. Washington Salcedo*, S2 04 Cr. 481 (DAB), which is expected to last into the following week. Accordingly, I respectfully request that the conference be adjourned by two weeks and that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), so that the parties can complete their plea discussions and the defendant can continue to review discovery. I have spoken with Jo Anne Adlerstein, Esq., counsel for the defendant, who consents to this application.

(2) [handwritten annotation bracketing the excluded-time paragraph]

(1) *The December 4 conference is adjourned to December 18 at 12:30pm.*

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Joseph P. Facciponti
Assistant United States Attorney
Tel: (212) 637-2533
Fax: (212) 637-2390

cc: Jo Anne Adlerstein, Esq. *(By Fax (212) 603 2001)*

SO ORDERED:

*Loretta A. Preska*
HONORABLE LORETTA A. PRESKA
United States District Judge
Southern District of New York
December 3, 2007