

**THELEN**

*Thelen Reid Brown Raysman & Steiner*

JoAnne C. Adlerstein
212 603 2388 Direct Dial
jadlerstein@thelen.com

875 Third Avenue   New York, NY 10022
Phone. 212 603 2000   Fax: 212 603 2001
www.thelen.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08

January 4, 2008

**VIA FACSIMILE**

Hon. Loretta A. Preska
U.S. District Court, S.D.N.Y.
Moynihan U.S. Courthouse
Room 1320
500 Pearl Street
New York, NY 10007-1312

> Re:    **U.S. v. Albir Alkhabbaz, 07-1014 (LAP)**

Dear Judge Preska:

Your Court Clerk Megan was kind enough to field my call this morning and to allow me to fax you this letter.

As we prepare for Mr. Alkhabbaz's sentencing in February, we find our hands are tied and we are uniquely impeded in zealously representing our client. Prior counsel, Dale L. Smith, declines to provide us with access to his files in the underlying case. This is vital in numerous regards: By way of example,

- Letters were written by family members. USPO Diane C. Mocydlowski has no independent recollection of seeing them. We haven't seen them and need to see them before soliciting letters.

- Doctor's contact information was given by our client to Mr. Smith. USPO Mocydlowski has no independent recollection of receiving it.

- Correspondence was written pertaining to a plea agreement which Mr. Alkhabbaz never saw.

- An affidavit with voluminous exhibits was provided by AUSA Facciponti confirming the identities of all defrauded individuals. Mr. Alkhabbaz has never seen it and understands than an appeal is being prepared by Mr. Smith on the basis of an incorrect number of victims – which, if the Government is correct, may be frivolous.

NEW YORK   SAN FRANCISCO   WASHINGTON, DC   LOS ANGELES   SHANGHAI   LONDON   SILICON VALLEY   HARTFORD   NEW JERSEY

## ::THELEN

*Thelen Reid Brown Raysman & Steiner ···*

Hon. Loretta A. Preska
January 4, 2008
Page 2

- Mr. Alkhabbaz is unaware that the Court amended the pre-sentence report by deleting the 2 point increase in Paragraph 88.

The U.S. Attorney's Office suggests that Mr. Smith should be our source for all information pertaining to the prior case. The appeal record does not contain the materials we need. An ethics complaint, while potentially appropriate, is time consuming and awkward when Mr. Alkhabbaz's family has been psyched for an appeal by Mr. Smith.

Respectfully, since the information we seek is essential for our preparing for sentencing. please authorize us to issue a subpoena *duces tecum* for the materials we require returnable within the next ten days.

Thank you for your consideration. Life is never dull. Happy New Year.

Respectfully submitted,

JoAnne C. Adlerstein

JCA/dbl

cc:   Dale Smith, Esq.
      Albir Alkhabbaz
      Joseph Facciponti, AUSA

NY #1229700 v1

Mr. Smith shall inform the Court by letter of his response to the above no later than January 18, 2008.

So ordered
Loretta A Preska
USDJ

January 13, 2008