

**::THELEN**
*Thelen Reid Brown Raysman & Steiner LLP*

875 Third Avenue   New York, NY 10022
Phone: 212 603 2000   Fax: 212 603 200[0]
www.thelen.com

Jo Anne C. Adlerstein
212.603.2388 Direct Dial
jadlerstein@thelen.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08
```

February 20, 2008

**VIA FACSIMILE**

Hon. Loretta A. Preska
U.S. District Court, S.D.N.Y.
Moynihan U.S. Courthouse
Room 1320
500 Pearl Street
New York, NY 10007-1312

Re:   U.S. v. Albir Alkhabbaz, 07 cr 1014 (LAP)

Dear Judge Preska:

This letter is written to request a reinstatement of the February 25, 2008 sentencing appearance for Mr. Albir Alkhabbaz. If this date is not suitable, we would request the next available court date. Mr. Facciponti had previously requested an adjournment of the matter believing that the Pre-sentence Report would not be completed in time. However, the Pre-sentence Report is now complete and neither I nor Mr. Facciponti have any material objections to it.

It is our client's desire to be sentenced as soon as possible so that he can be transferred to the facility where he will serve his sentence in time for the Passover holiday.

We have discussed the matter with AUSA Facciponti and he has consented this request. Thank you.

*Sentencing shall be on February 25 at 11:30 am*
**SO ORDERED**
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
*February 20, 2008*

Respectfully submitted,

Jo Anne C. Adlerstein

cc:   Albir Alkhabbaz
      Joseph Facciponti, AUSA

NY #1242101 v1

NEW YORK   SAN FRANCISCO   WASHINGTON, DC   LOS ANGELES   SHANGHAI   LONDON   SILICON VALLEY   HARTFORD   NORTHERN N[J]