Local Criminal Notice of Appeal Form.

NOTICE OF APPEAL
United States District Court

Southern District of New York

US v.
Albir Alkhabbaz

Docket No.: 07cr1014 LAP

Hon. L. Preska
(District Court Judge)

Notice is hereby given that Albir Alkhabbaz appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [ ], Sentence (specify) entered in this action on February 25, 2008 (date)

Offense occurred after November 1, 1987   Yes [✓]   No [ ]

This appeal concerns: Conviction only [ ]   Sentence only [✓]   Conviction and Sentence [ ]

Date February 27, 2008

TO
AUSA Joseph Facciponti
Office of US Atty
One St. Andrews Place
NY, NY

JoAnne C. Adlerstein
(Counsel for Appellant)

Address Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue
New York, NY 10022

Telephone Number: 212 603 2388

FILED U.S.D.C.
FEB 27 2008
S.D. OF N.Y.

**TO BE COMPLETED BY ATTORNEY**

▶ QUESTIONNAIRE

[✓] I am ordering a transcript
[ ] I am not ordering a transcript
   Reason
   [ ] Daily copy is available
   [ ] U.S. Attorney has placed order
   [ ] Other. Attach explanation

▶ TRANSCRIPT ORDER

Prepare transcript of
[✓] Prepare proceedings  Arraignment   Dates October 2008 or early November
[ ] Trial
[✓] Sentencing  2/25/2008
[ ] Post-trial proceedings

▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE)

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment [Check]   Funds [ ]   CJA Form 24 [ ]

ATTORNEY'S SIGNATURE   DATE 2/27/08

**COURT REPORTER ACKNOWLEDGMENT**   To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | Date _____ Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney.
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05