AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

**APPEARANCE**

Case Number: 07-CR-1014

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Albir Alkhabbaz

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/28/2008 | _(signature)_ |
| Date | Signature |
| | JoAnne C. Adlerstein |
| | Print Name / Bar Number |
| | 875 Third Avenue |
| | Address |
| | New York / NY / 10022 |
| | City / State / Zip Code |
| | (212) 603-2388 / (212) 603-2001 |
| | Phone Number / Fax Number |