LAW OFFICE OF
# MICHAEL K. BACHRACH
276 FIFTH AVENUE, SUITE 501
NEW YORK, N.Y. 10001
--------------
TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *                                                                http://www.mbachlaw.com
* admitted in N.Y. and D.C.                                                          michael@mbachlaw.com

May 22, 2008

<u>By ECF</u>

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, N.Y. 10007

>                    *Re: United States v. Albir Alkhabbaz*
>                    *04 Cr. 1379 (S-2) (LAP)*
>                    *07 Cr. 1014 (LAP)*

Dear Judge Preska:

      I represent Albir Alkhabbaz on appeal in <u>United States v. Alkhabbaz</u>, 04 Cr. 1379 (S-2) (LAP) (hereinafter, "<u>Alkhabbaz 1</u>").  In preparing Mr. Alkhabbaz's appeal I have been informed that there are significant differences between the Pre-Sentence Report ("PSR") prepared for <u>Alkhabbaz 1</u> as compared to the PSR prepared for his subsequent offense for failure to surrender (charged separately as 07 Cr. 1014 [LAP] [hereinafter, "<u>Alkhabbaz 2</u>"]).  Specifically, I have been informed that the description of the underlying conduct for which he was convicted in <u>Alkhabbaz 1</u>, is materially different than the description of the same conduct when discussed in the PSR produced before sentencing in <u>Alkhabbaz 2</u>.

      In order to effectively represent Mr. Alkhabbaz on appeal in <u>Alkhabbaz 1</u>, as well as to determine whether a petition pursuant to 28 U.S.C. § 2255 will also need to be filed, I respectfully request that this Court unseal Mr. Alkhabbaz's PSRs in both cases so that I may rely upon the PSRs as necessary during Defendant's appeal and/or habeas petition.

      I have spoken with Assistant United States Attorney Joseph Facciponti, as well as Mr. Alkhabbaz's counsel in <u>Alkabbaz 2</u>, and all parties consent to the instant request.

                                    Respectfully submitted,

                                      Michael K. Bachrach

MKB/mb
cc:     All counsel of record (by ECF)